**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re ) | |
| ) | |
| PERSIMMON HOLLOW BREWING ) | Case No.: 6:23-bk-04742 |
| COMPANY, LLC.,[1] | |
| ) | Chapter 11 |
| Debtor. | |
| ) | |

**CASE MANAGEMENT SUMMARY**

Pursuant to Rule 2081-1(A)(3), Local Rules for the United States Bankruptcy Court, Middle District of Florida, debtor, Persimmon Hollow Brewing Company, LLC ("Persimmon Hollow" or "Debtor"), submits this Case Management Summary.

**I.   Overview and Events Leading to Chapter 11 Case.**

Persimmon Hollow is a DeLand, Florida, based brewery which (i) operates four active taprooms throughout Central Florida, and (ii) distributes craft beers to both on-premise (restaurants or bars) and off-premise (grocery, liquor and convenience stores) through a network of Florida based beverage distributors. Its flagship IPA products, Beach Hippie and Daytona Dirty Blonde, enjoy a wide and devoted following.

Founded in 2014, the Company has grown from its original Warehouse and Beer Garden in DeLand, Florida (taproom only, no food), to now include three additional taprooms in Port Orange (beer and food), Lake Eola (beer and food), and downtown DeLand (beer and wine only). Annual sales for the company are approximately $5 million,

---

[1] The Federal Employer Identification Number of the Debtor is 46-2824921. The principal address of the Debtor is 111 West Georgia Avenue, DeLand, Florida 32720.

with 80% of the revenue derived from the taprooms, and the remaining 20% from grocery and convenience store sales. The company's expansion was financed in part through a series of SBA loans and a $3.5 million private equity raise.

The company's growth has not come without its headaches, however. In 2020, the company contracted with a Disney affiliate to open a fourth taproom in a to be constructed shopping center near Winter Garden, Florida, which opened in October of 2020. Unfortunately, the necessary foot traffic to support the taproom did not develop as quickly as needed due to construction delays at the shopping center and the overall drop in tourism in the Orlando region following the COVID-19 pandemic, resulting in a significant cash drain on the company's resources to keep the store open. At the same time, interest rates on Persimmon Hollow's existing debt spiked, as did labor costs in the post-pandemic inflationary environment. These factors combined to further deplete Persimmon Hollow's working capital.

Making matters worse, Debtor entered into "receivables purchase agreements" with at least two lenders (the "MCA Lenders"). Those agreements, known in the industry as Merchant Cash Advances, purport to be sale transactions, but are in reality disguised financing arrangements carrying usurious interest rates.[2] The MCA Lenders swept the Debtor's bank accounts on a daily basis, further exasperating on already challenged working capital deficit.

In an effort to save the company, the Debtor's principals have recently turned management of the company owner to Robert Burnette, the former CEO for Badcock Furniture. Through Mr. Burnette's efforts, the company has negotiated a termination of the Winter Garden lease, which should stem operational losses associated with that

---

[2] Debtor contends that the agreements with the MCA Lenders are unenforceable due to their usurious nature and the lack of corporate approval for same.

location. The company has also enacted several cost-cutting measures to restore profitability, including a reduction in employee head count and a partnership with a restaurant operator for the Port Orange location. Importantly, the distribution sector of the business has remained constant and is even growing. This Chapter 11 was still deemed necessary, however, to address the MCA Loans and the upcoming maturity of approximately $3.5 million in private party investment loans owed by the Debtor.

## II.     Corporate Structure.

The company is owned on a 50/50 basis by Andrew Sistrunk and Robert Carelli, the company's founders. Robert Carelli is responsible for marketing and brand promotion. Andy Sistrunk has historically overseen finances.

## III.    Financial Summaries.[3]

Persimmon Hollow's gross revenues for 2002 and YTD through September 2023 were as follows:

|                                      | **2022**       | **YTD 2023**   |
|--------------------------------------|----------------|----------------|
| Gross Revenue                        | $4,458,802.00  | $3,741,923.00  |
| Total Expenses (before debt service) | $5,154,351.00  | $4,048,837.00  |
|                                      | <$695,549.00>  | <$306,914.00>  |

## IV.    Assets

Debtor owns the real property and improvements located at 1635-1637 Patterson Avenue, DeLand, Florida. This building houses Debtor's brewery distribution business,

---

[3]    Unaudited.

as well as an adjacent beer garden for customers. The property was purchased in May of 2019 for $650,000, and has a 2024 tax assessed value of $336,004. The property is encumbered by (i) a mortgage in favor of Florida Marble Design, Inc. to secure an indebtedness of approximately $506,732, and (ii) an asserted claim of lien for $24,890.48 in favor of the Tom Barrow Company.

Debtor also owns six vehicles, consisting of two Ford F-150 trucks, two Ford Ranger trucks, and two delivery vehicles, with an aggregated estimated value of $150,000. The balance of the Debtor's assets consists of brewing equipment, kitchenware, signage and leasehold improvements having a book value of approximately $1,311,492.

## V. Amounts Owed to Various Classes of Creditors.[4]

### A.    Secured Claims

Seacoast National Bank, as successor-in-interest to First Green Bank and Legacy Bank of Florida, appears to hold a first priority blanket lien on all tangible and intangible property owned by of the Debtor to secure two loans having present balances of $733,592 and $458,104, respectively.

The SBA holds a second priority lien on all tangible and intangible property owned by the Debtor to secure an indebtedness of approximately $1,771,100.

Rapid Finance, an MCA Lender, purports to hold a third priority blanket lien on the Debtor's assets to secure an indebtedness of approximately $87,393.

---

[4]   Nothing contained herein is intended or should be construed as an admission as to the validity of any claims against the Debtor, and the Debtor reserves the right to contest any debt or claim listed.

Cogent Bank holds a purchase money lien on certain brewery equipment owned by the Debtor and a fourth priority blanket lien on all assets held by Debtor to secure an indebtedness of $280,561 and $300,000, respectively.

East Hudson Capital, an MCA Lender, purports to hold a blanket lien on the Debtor's assets to secure a claimed indebtedness of $177,935. This disputed lien appears to be in fifth priority.

The following lenders appear to hold purchase money liens on various items of equipment utilized in Debtor's operations:

| Lender | Collateral |
|---|---|
| Ascentium Capital | Brewing equipment |
| Channel Partners Capital, LLC, doing business as Channel Partners Equipment Finance | Deutsch Beverage fermentation tanks and accessories |
| Cogent Bank | Tri-packs can shrink sleeve system, cask canning line, table and in-line labeler |
| Ford Motor Credit | 2022 Ford F-150 Truck [VIN xxxx.1389] |
| Ford Motor Credit | 2022 Ford F-150 Truck [VIN xxxx.1574] |
| Legacy Bank of Florida | Stainless steel 7BBL brewhouse tanks and other equipment supplied by Deutsche Beverage |
| Legacy Bank of Florida | Toyota Electric Walkie Pallet Jack |
| Navitas Credit Corp. | Boil kettle, pumps, fermenters, tanks, pizza ovens, mixer |
| Strategic Equipment, LLC | CMA dish machine |

| | |
|---|---|
| Cogent Bank | Tri-packs can shrink sleeve system, cask canning line, table and in-line labeler |

### B. Priority Claims

Debtor was current in payroll taxes as of the Petition Date. Debtor owes approximately $17,162 with respect to sales taxes.

### C. Unsecured Claims

Unsecured claims against the estate total approximately $5,300,000, $4,749,500 of which are held by the investor group which helped finance the Debtor's expansion. The $3,525,000 in notes held by these investors are convertible to Class B equity interests in the Debtor.

### D. Executory Contracts and Unexpired Leases

The Debtor operates from three leased locations:

1. 111 West Georgia Avenue, DeLand, Florida. This is Persimmon's original location and approximately 4,800 square feet in size. The property is leased from Conrad Realty Group and has a remaining term of approximately 20 years.

2. 227 North Eola Drive, Orlando, Florida. Debtor operates a 4,800 square foot taproom at this location with an adjacent 1,100 square foot patio. The property is leased from Roshan Hospitality #2, LLC. The lease has a remaining term of approximately one year, with five one-year renewal options.

3. 4657 South Clyde Morris Boulevard, Port Orange, Florida. Debtor acquired this location and taproom in January of 2022 from Tomoka Brewing Company via assumption of its lease agreement with Alfredo and Anna Orza. The brewery is approximately 3,800 square feet in size and has approximately 3 years remaining on the lease with three 5 year renewal terms.

In addition to the foregoing, Debtor is party to the following equipment leases and supply agreements:

| Lessor | Equipment / Supply |
|---|---|
| Amicus Funding Group, LLC | Brewing Equipment |
| Brewers Supply Group | Hop Sales Contract |

**VI.     Employee Matters**

As of the date of the filing, Debtor employs approximately 34 full and part-time employees, with payroll obligations of approximately $30,000 per pay period.  Employees are paid in arrears every two weeks, meaning a portion of their payroll will straddle the Petition Date.

**VII.        Reorganization Objectives**

Debtor intends to build a reorganization plan around its remaining stores and beer distribution network, with a potential conversion of debt to equity in favor of the investors who assisted with the financing of the Debtor's growth.

**VIII.   Anticipated Relief Needed in First 14 Days**

The Debtor anticipates filing the following motions in the two weeks of this Chapter 11 case:

- Emergency Motion for Authority to Use Cash Collateral;
- Emergency Motion for Authority to Pay Prepetition Wages, Payroll Taxes and Benefits to Non-Officer Employees;

- Emergency Motion to Pay Critical Vendors;

- Motion to Pay Officer's Salary;

- Emergency Motion for Interim and Final Orders Authorizing (I) Interim Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Bank Account, (III) Continued Use of Elements of Existing Cash Management System Including Credit Card Account, and (IV) Continued Use of Business Forms;

- Motion for Interim Compensation Procedures for Debtor's Professionals; and

- Motion for an Order Pursuant to 11 U.S.C. § 105(c) and Rule 2002 Establishing Notice Procedures.

**THAMES | MARKEY**

By */s/ Richard R. Thames*
 Richard R. Thames
 Bradley R. Markey

Florida Bar No. 0718459
Florida Bar No. 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law
brm@thamesmarkey.law

Attorneys for Persimmon Hollow Brewing Company, LLC